UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN LLAMAS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:12-CV-18 NAB |
| AARGON AGENCY, INC., | ) ) ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that upon the filing of the Notice of Voluntary Dismissal on March 11, 2012, the claims in this action are **DISMISSED with prejudice** as to all parties, with each party to bear their own costs.

Dated this 12th day of March, 2012.

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE